IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: ___26-MJ-4020-RJD___ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BULMARO PEREZ RAMIREZ | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Eli Pollmann, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about the 17th day of March 2026, in Jackson County, in the Southern District of Illinois,

**BULMARO PEREZ RAMIREZ,**

an alien, was found in the United States after having been removed therefrom on or about January 28, 2011, at or near Brownsville, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration & Customs Enforcement, (ICE), and that I have been so employed since June 1, 2025. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act. I have recently investigated the suspected unlawful presence in the United States of Bulmaro Perez Ramirez. According to official records maintained by ICE on Bulmaro Perez Ramirez, he is

a Mexican national, who was previously removed from the United States to Mexico, most recently on January 28, 2011, at Brownsville, Texas.

On March 17, 2026, I determined Bulmaro Perez Ramirez had reentered the United States without authorization after learning he had been arrested in Perry County, Illinois, on September 1, 2025, for driving on a revoked license.   Also on March 17, 2026, ICE Enforcement and Removal ("ERO") fugitive operations officers proceeded to an area outside of Perez Ramirez's residence, which is located at 430 E. Sycamore Street, Carbondale, Illinois.   After observing Bulmaro Perez Ramirez exit his residence and then confirming his identity through the use of a previous photograph, ERO officers arrested Bulmaro Perez outside the residence. ERO officers then transported Perez Ramirez to the ICE ERO office in St. Louis, Missouri, for processing. During processing, Perez-Ramirez's fingerprints were run through federal databases and were determined to be a match to fingerprints taken by ICE officers prior to Perez Ramirez's removal to Mexico.   At the time of his booking, Perez Ramirez had $126 of United States currency in his possession, as well as a Mexican consular ID card with his name on it.   Perez Ramirez is currently in ICE custody in the Ste. Genevieve County, Missouri, jail.

According to official records maintained by ICE, following his removal to Mexico on January 28, 2011, Perez Ramirez did not receive permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States. Based on the above information, it appears that Bulmaro Perez Ramirez is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

2

FURTHER AFFIANT SAYETH NAUGHT.

ELI J POLLMANN
Digitally signed by ELI J
POLLMANN
Date: 2026.03.24 18:08:43 -05'00'

ELI POLLMAN
Deportation Officer
Immigration and Customs Enforcement

State of Illinois          )
                           )    SS.
County of Madison          )

Sworn to before me and subscribed in my presence on the __25th__ day of March 2026,

at Benton, Illinois.

HON. REONA J. DALY
United States Magistrate Judge

DANIEL T. KAPSAK
Assistant United States Attorney

3